NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1167

ENOVSYS LLC,

Plaintiff-Appellee,

v.

NEXTEL COMMUNICATIONS, INC., NEXTEL OF CALIFORNIA, INC.,
NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.,
NEXTEL OF NEW YORK, INC., NEXTEL SOUTH CORPORATION,
NEXTEL OF TEXAS, INC., NEXTEL WEST CORP.,
SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY L.P.,
SPRINT SPECTRUM L.P., and SPRINT SOLUTIONS, INC.,

Defendants-Appellants.

Appeal from the United States District Court for the Central District of California in case no. 06-CV-5306, Judge Ronald S.W. Lew.

ON MOTION

ORDER

Upon consideration of the motions for an extension of time, until July 27, 2009, for the appellee to file its brief, and for an extension of time, until August 27, 2009, for the appellants to file their reply brief,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

JUN - 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Gregory S. Dovel, Esq.
      Donald R. Dunner, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 04 2009

JAN HORBALY
CLERK